IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATEEL SHARMA,

    Petitioner,

v.

M. ELIOT SPEARMAN,
Warden of High Desert State Prison,

    Respondent.

No. C 18-03531 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying petition for writ of habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent and against petitioner Nateel Sharma. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 25, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE